UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYCE JACKSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>D.A. COOLE, K. WALKER, CHRIS BOWMAN and MRS. MCCOY,<br><br>                    Defendants. | NO: 4:16-cv-05066-SAB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |

Magistrate Judge Mary K. Dimke filed a Report and Recommendation on August 30, 2016, recommending Mr. Jackson's complaint be dismissed without prejudice. ECF No. 10. Plaintiff had failed to allege any facts against the named Defendants, *Taylor v. List,* 880 F.2d 1040, 1045 (9th Cir. 1989), and his allegations were insufficient to invoke procedural due process protections under *Sandin v. Conner*, 515 U.S. 472, 483-487 (1995).

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 1

1    Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis*; Defendants have not been served. Although granted the opportunity to do so, Plaintiff did not amend his complaint to cure the deficiencies. He has filed nothing further in this action and has no objections to the report.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** the Report and Recommendation, ECF No. 10, in its entirety.

2. The Complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

3. Pursuant to 28 U.S.C. § 1915(g), a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the statutory provisions under 28 U.S.C. § 1915. This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT -- 2

1    **IT IS SO ORDERED**.  The District Court Executive is directed to **enter**

2    this Order, **enter** judgment, **forward** copies to Plaintiff at his last known address,

3    and **close** the file.  The District Court Executive is further directed to **forward** a

4    copy of this Order to the Office of the Attorney General of Washington,

5    Corrections Division.  The Court certifies any appeal of this dismissal would not

6    be taken in good faith.

7    **DATED** this 16th day of September, 2016.



_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT -- 3